# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Paulette S. Kendrick    JOINT DEBTOR: _____    CASE NO.: _____
Last Four Digits of SS# 5900       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 594.25  for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650  TOTAL PAID $ 1500  Balance Due $ 2150
                  payable $ 430 /month (Months 1 to 5)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____       Arrearage on Petition Date $ _____
Address: _____        Arrears Payment  $ _____/month (Months ____ to ____)
_____        Regular Payment  $ _____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| none | $ | % | $ | ____ To ____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None _____  Total Due $ _____
                 Payable  $ _____/month (Months ___ to ___) Regular Payment $ _____

<u>Unsecured Creditors</u>: Pay $ 104.83 /month (Months 1 to 5) and Pay $ 534.83 /month (Months 6 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Miami Postal Credit Union and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                      Joint Debtor
Date: 8-10-2015                              Date: _____

LF-31 (rev. 01/08/10)