UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Paulette S Kendrick,                                  Case No. 15-24392-AJC
    Debtor.                                           Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Paulette S Kendrick, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On August 10, 2015 the instant case was filed.

2. On December 23, 2015 debtor's chapter 13 plan was confirmed.

3. The claims bar dates for both regular and governmental creditors have passed on December 9, 2015 and February 8, 2016, respectively.

4. The Debtor wishes to modify her plan to pay 100% to all timely filed and allowed unsecured creditors.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 26th day of February 2016: to all parties on the service list.

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Streer
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*
           Robert Sanchez, Esq., FBN#0442161