# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### First Modified Plan

DEBTOR: Paulette S. Kendrick    JOINT DEBTOR:_____    CASE NO.: 15-24392-AJC
Last Four Digits of SS# 5900    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 563.78    for months 1 to 6; in order to pay the following creditors:
    B.    $ 421.27    for months 7 to 24; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 Motion to Modify = $4,175 TOTAL PAID $ 1500
                   Balance Due $ 2675
                   payable $ 358.33/month (Months 1 to 6)
                   payable $ 262.50/month (Months 7 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____    Arrearage on Petition Date $_____
Address:_____    Arrears Payment    $_____/month (Months ___ to ___)
         _____    Regular Payment    $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| none | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $_____
                         Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors:  Pay $ 0.00____/month (Months 1 to 6); Pay $ 116.64____/month (Months 7 to 8);
                      and Pay $ 379.12/month (Months 9 to 24).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

Other Provisions Not Included Above: Debtor is current with secured creditor Miami Postal Credit Union and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                         _____
_____              _____
Attorney for the Debtor                            Joint Debtor
Date: 02/26/2016                                   Date:_____

LF-31 (rev. 01/08/10)