**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Paulette S. Kendrick                    Case No: 15-24392-AJC
                                               Chapter 13

_____Debtor_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐   No further action is necessary.

2)    The following actions have been taken:

   ☐   The debtor has filed an objection to the proof of claim filed by _____.

   ☐   The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☒   Other:  A Motion to Modify Plan to pay 100% of all timely filed and allowed claims.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on February 26, 2016.

                                  Submitted by:
                                  **ROBERT SANCHEZ, P.A.**
                                  Attorney for Debtor
                                  355 W 49th Street
                                  Hialeah, FL 33013
                                  Tel. (305) 687-8008

                                  By:/s/Robert Sanchez_____
                                   Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)